575

*M. F. Watts, Edward C. Craig,* and *Charles A. Helsell* for petitioner. *Mr. John S. Marsalek* for respondent.

No. 156. PENNSYLVANIA SLOVAK ROMAN AND GREEK CATHOLIC UNION *v.* AMERICAN SURETY Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Seth W. Richardson, Peter P. Jurchak,* and *David Rosenthal* for petitioner. *Mr. M. J. Martin* for respondent.

No. 157. STRONGIN, TRUSTEE IN BANKRUPTCY, *v.* INTERNATIONAL ACCEPTANCE BANK, INC. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John W. Davis* and *Neil P. Cullom* for petitioner. *Mr. Walter H. Pollack* for respondent.

No. 159. CHESAPEAKE & DELAWARE STEAMBOAT Co. *v.* TUG PENNSYLVANIA ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Leonard J. Matteson* for petitioner. *Mr. Horace L. Cheyney* for respondents.

No. 160. BEEMSTERBOER *v.* ILLINOIS EX REL. McDONOUGH, COUNTY TREASURER. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Wm. J. Grace* for petitioner. *Mr. Philip H. Treacy* for respondent.

No. 164. N. W. PUGH Co., INC. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 8, 1934.